UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ  85377

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UDALL, JOHN STEVEN | ) | Case No. <u>08-14088-PHX CGC</u> |
| UDALL, RITA CHRISTINE | ) | |
| U&I CONTRACTING LLC | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were

declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to

creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department,P.O. Box 9210<br>Des Moines, IA 50306 | $3.22 |
| 9 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $2.56 |
| 12 -2 | West Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $0.37 |
| 8 | PROFESSIONAL BATH<br>3139 W WOODRIDGE DR<br>Phoenix, AZ 85053 | $2.39 |

| January 2, 2011 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |